UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REPUBLIC TECHNOLOGIES (NA), LLC, REPUBLIC BRANDS, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> INDIANA IMPORT, LLC, <br> AMEER A. SALAMA (a/k/a AMIN SALAMA, ALEX SALAMA, and RAMI SALAMA), <br> ISSA INVESTMENTS, LLC d/b/a SMOKE & VAPE ZONE, <br> SHAKER M. HUSSEIN, <br><br> Defendants. | No. 1:25-cv-01394-JPH-MKK |

**ORDER**

The Court issued a Temporary Restraining Order on July 16, 2025, against Defendants Indiana Import, LLC, Ameer A. Salama, Shaker M. Hussein, and Issa Investments, LLC d/b/a Smoke & Vape Zone. Dkt. 15. The TRO was extended for good cause on July 30, and is now set to expire on August 13. *Id.*; dkt. 32. At the July 30 status conference, Plaintiff and Defendants who have appeared in this case—Indiana Import, Mr. Salama, and Mr. Hussein—made a joint oral motion to extend the TRO to August 29, 2025. Dkt. 33. The Court now **GRANTS** that motion, and the TRO **is extended to August 29, 2025, as to Defendants Indiana Import, Mr. Salama, and Mr. Hussein only**.

The remaining defendant, Issa Investments, LLC d/b/a Smoke & Vape Zone, has not appeared in this case. On July 31, the Court ordered Plaintiff to

1

file a status report establishing that authorized agents of Issa Investments, LLC d/b/a Smoke & Vape Zone had actual notice of the TRO and its extension, or to detail the steps they have taken to provide actual notice. Dkt. 36. Plaintiff filed a status report which explained that

- The manager of Smoke & Vape Zone represented that "Areej 2020, LLC" owns Smoke & Vape Zone, not Issa Investments.

- The manager represented that Smoke & Vape Zone is owned by an individual named "Jack."

- Ohio Secretary of State records show that "Areej 2020, Inc." lists the address 735 S. Erie Boulevard, Hamilton, OH 45011 for its registered agent, which is the same address as the Smoke & Vape Zone store. Plaintiff is unable to confirm whether "Areej 2020, LLC" or "Areej 2020, Inc." is the proper name.

- Plaintiff believes that Issa Investments, LLC, transferred ownership of Smoke & Vape Zone to Areej 2020, Inc. at an unknown date.

- Ohio Secretary of State records show that Issa Investments, LLC dissolved on March 17, 2025. Plaintiff does not know if Issa Investments continues to operate in any capacity despite its dissolution.

Dkt. 37. The status report also contained descriptions of Plaintiff's numerous attempts to serve this defendant, including by hand delivery at the Smoke & Vape Zone store, and through email addresses associated with Smoke & Vape Zone and Areej 2020. *Id.*

The record before the Court shows that at least some of Smoke & Vape Zone's individual managers and employees received actual notice of the TRO and other filings in this case. *See id.* However, the record does not show whether Issa Investments, LLC, or Areej 2020, LLC/Inc. owned Smoke & Vape Zone at the time of the conduct alleged in the complaint—in short, whether

Issa Investments, LLC, or Areej 2020, LLC/Inc. is a proper defendant in this matter. And as those entities have not appeared or consented to the extension of the TRO, the August 29, 2025, extension does not apply to them.

The Court notes that while Areej 2020, LLC/Inc. d/b/a Smoke & Vape Zone is presently not a named defendant, the TRO restrains "agents, servants, employees, officers, and all other persons in active concert or participation" from engaging in the conduct specified in the Order. *See* dkt. 15.

Plaintiff shall serve a copy of this Order on Smoke & Vape Zone and Areej 2020.

**SO ORDERED.**

Date: 8/7/2025

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel